William DILLEY, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent,

The Missouri Gaming Company, Defendant.

No. WD 61508.

Missouri Court of Appeals, Western District.

March 18, 2003.

Rehearing Denied April 24, 2003.

William Dilley, Kansas City, pro se.

Sharon A. Willis, Kansas City, MO, for Respondent.

Before HOWARD, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

William Dilley appeals a decision of the Labor and Industrial Relations' Commission disqualifying him for unemployment benefits based on aggravated misconduct connected with his work. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).